**No. 10-9177. Tommy R. Rollins, Petitioner v. Missouri.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3105.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 321 S.W.3d 353.

**No. 10-9180. Natarajan R. Venkataram, Petitioner v. City of New York, New York.**

563 U.S. 946, 131 S. Ct. 2116, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3120.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 396 Fed. Appx. 722.

**No. 10-9187. Rena Garnette Alspaw, Petitioner v. California.**

563 U.S. 946, 131 S. Ct. 2116, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3017.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-9218. Ronald Mathis, Petitioner v. Thomas Bell, Warden.**

563 U.S. 946, 131 S. Ct. 2116, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3013.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9242. Richard Williams, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 947, 131 S. Ct. 2145, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3041, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9255. Charlie W. Pyle, Petitioner v. California.**

563 U.S. 947, 131 S. Ct. 2116, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 2989.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-9274. Gail Gabriel, Petitioner v. Washington.**

563 U.S. 947, 131 S. Ct. 2117, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3167.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

**No. 10-9276. Timothy Hoffner, Petitioner v. Margaret Bradshaw, Warden.**

563 U.S. 947, 131 S. Ct. 2117, 179 L. Ed. 2d 910, 2011 U.S. LEXIS 3063.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 622 F.3d 487.